IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RANDELL LAWARN MALONE, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 3:19cv624-LSC-SRW |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On May 18, 2022, the Magistrate Judge entered a Recommendation that Petitioner Randell Lawarn Malone's 28 U.S.C. § 2255 motion be denied and that this case be dismissed with prejudice. (Doc. 23.) Malone has filed Objections to the Recommendation. (Doc. 24.) Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation and Malone's Objections, it is ORDERED as follows:

1. Malone's Objections (Doc. 24) are OVERRULED.

2. The Magistrate Judge's Recommendation (Doc. 23) is ADOPTED.

3. Malone's 28 U.S.C. § 2255 motion is DENIED, and this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

**DONE** and **ORDERED** on June 13, 2022.

_____
L. Scott Coogler
United States District Judge

160704